UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cr-00342 |
| SAMSON ORUSA, | ) |
| Defendant. | ) |

**VERDICT FORM**

We, the jury, find the following:

1. With respect to the charge in Count One of the Indictment (Maintaining a Drug-Involved Premises), we find as follows:

                          Guilty                  Not Guilty

Defendant Orusa is:          ✓                     _____

2. With respect to the charge in Count Two of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

                          Guilty                  Not Guilty

Defendant Orusa is:          ✓                     _____

3. With respect to the charge in Count Three of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

4. With respect to the charge in Count Four of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

5. With respect to the charge in Count Five of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | | ✓ |

6. With respect to the charge in Count Six of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

                                                        Guilty                    Not Guilty

Defendant Orusa is:            _____           ✓

7. With respect to the charge in Count Seven of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

                                                        Guilty                    Not Guilty

Defendant Orusa is:            ✓           _____

8. With respect to the charge in Count Eight of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

                                                        Guilty                    Not Guilty

Defendant Orusa is:            ✓           _____

9. With respect to the charge in Count Nine of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

10. With respect to the charge in Count Ten of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | | ✓ |

11. With respect to the charge in Count Eleven of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | | ✓ |

12. With respect to the charge in Count Twelve of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: |  | ✓ |

13. With respect to the charge in Count Thirteen of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ |  |

14. With respect to the charge in Count Fourteen of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: |  | ✓ |

15. With respect to the charge in Count Fifteen of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

16. With respect to the charge in Count Sixteen of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | | ✓ |

17. With respect to the charge in Count Seventeen of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

18. With respect to the charge in Count Eighteen of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ |  |

19. With respect to the charge in Count Nineteen of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: |  | ✓ |

20. With respect to the charge in Count Twenty of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ |  |

21. With respect to the charge in Count Twenty-One of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

22. With respect to the charge in Count Twenty-Two of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

23. With respect to the charge in Count Twenty-Three of the Indictment (Unlawful Distribution of a Controlled Substance), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | | ✓ |

24. With respect to the charge in Count Twenty-Four of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

25. With respect to the charge in Count Twenty-Five of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

26. With respect to the charge in Count Twenty-Six of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

27. With respect to the charge in Count Twenty-Seven of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

28. With respect to the charge in Count Twenty-Eight of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

29. With respect to the charge in Count Twenty-Nine of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

30. With respect to the charge in Count Thirty of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | ___ |

31. With respect to the charge in Count Thirty-One of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | ___ |

32. With respect to the charge in Count Thirty-Two of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | ___ |

33. With respect to the charge in Count Thirty-Three of the Indictment (Health Care Fraud), we find as follows:

                                                Guilty                     Not Guilty

Defendant Orusa is:                 ✓                      _____

34. With respect to the charge in Count Thirty-Four of the Indictment (Health Care Fraud), we find as follows:

                                                Guilty                     Not Guilty

Defendant Orusa is:                 ✓                      _____

35. With respect to the charge in Count Thirty-Five of the Indictment (Health Care Fraud), we find as follows:

                                                Guilty                     Not Guilty

Defendant Orusa is:                 ✓                      _____

36. With respect to the charge in Count Thirty-Six of the Indictment (Health Care Fraud), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

37. With respect to the charge in Count Thirty-Seven of the Indictment (Money Laundering: Concealment), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

38. With respect to the charge in Count Thirty-Eight of the Indictment (Money Laundering: Concealment), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

39. With respect to the charge in Count Thirty-Nine of the Indictment (Money Laundering: Concealment), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

40. With respect to the charge in Count Forty of the Indictment (Money Laundering: Concealment), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

41. With respect to the charge in Count Forty-One of the Indictment (Money Laundering: Concealment), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | _____ |

42. With respect to the charge in Count Forty-Two of the Indictment (Money Laundering: Concealment), we find as follows:

                              Guilty                Not Guilty

Defendant Orusa is:         ✓                            _____

43. With respect to the charge in Count Forty-Three of the Indictment (Money Laundering: Concealment), we find as follows:

                              Guilty                Not Guilty

Defendant Orusa is:         ✓                            _____

44. With respect to the charge in Count Forty-Four of the Indictment (Money Laundering: Monetary Transactions), we find as follows:

                              Guilty                Not Guilty

Defendant Orusa is:         ✓                            _____

45. With respect to the charge in Count Forty-Five of the Indictment (Money Laundering: Monetary Transactions), we find as follows:

|  | Guilty | Not Guilty |
|---|---|---|
| Defendant Orusa is: | ✓ | |

███████████
FOREPERSON

8/13/21
DATE

16

Case 3:18-cr-00342  Document 206  Filed 08/13/21  Page 16 of 16 PageID #: 1993